IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTON CONSTRUCTION
COMPANY LLC,

      Plaintiff,

v.                                CASE NO.: 4:10v137-SPM/WCS

CORUS BANK, et al.,

      Defendants.
_____/

**ORDER GRANTING MOTION TO WITHDRAW THE REFERENCE**

This cause comes before the Court on the Motion to Withdraw the Reference (doc. 1) of counts eight through seventeen of the adversary proceeding. Defendants Starwood Capital Group Global, LLC, Starwood Asset Management, LLC, and Laketown Funding, LLC do not oppose the withdrawal. For good cause shown, it is

      ORDERED AND ADJUDGED:

      1.      The Motion to Withdraw the Reference (doc. 1) is granted.

      2.      Counts eight through seventeen are withdrawn from the adversary proceeding.

      3.      On or before September 13, 2010, the parties shall submit a

discovery plan in accordance with Federal Rule of Civil Procedure 26(f).

DONE AND ORDERED this 18th day of August, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge