IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTON CONSTRUCTION
COMPANY LLC,

       Plaintiff,

v.                               CASE NO.: 4:10cv137-SPM/WCS

CORUS BANK, et al.,

       Defendants.
_____/

**ORDER ACCEPTING AMENDED COMPLAINT
AND SETTING TIME TO RESPOND**

This cause comes before the Court on Plaintiff's Motion for Leave to File Amended Complaint (doc. 16) and the Joint Unopposed Motion for Entry of Stipulation Regarding Plaintiff's Motion for Leave to File Amended Complaint and Defendants' Time for Response to Plaintiff's First Amended Complaint (doc. 23). Upon consideration, it is

       ORDERED AND ADJUDGED:

       1.       The motions (docs. 16 and 23) are granted.

       2.       The First Amended Complaint (doc. 18) is accepted as filed.

       3.       Defendants shall have up to and including January 18, 2011, to file

an answer or otherwise respond to the First Amended Complaint.

DONE AND ORDERED this 6th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge