IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTON CONSTRUCTION
COMPANY LLC,

    Plaintiff,

v.                                        Case No. 4:10cv137-SPM/WCS

CORUS BANK, et al.,

    Defendants.
_____/

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**

The Parties stipulate that Walton Construction Company LLC shall have through and including November 18, 2011 to answer or otherwise respond to Laketown Funding, LLC's First Interrogatories.

Respectfully submitted this 26th day of October, 2011.

                                          SMITH, CURRIE & HANCOCK LLP

                                          /s/Eric L. Nelson**
                                          Georgia Bar No. 537850
                                          2700 Marquis One Tower
                                          245 Peachtree Center Avenue, N.E.
                                          Atlanta, Georgia 30303
                                          Telephone:  404.521.3800
                                          Facsimile:   404.688.0671
                                          elnelson@smithcurrie.com
                                          **Admitted to practice in Northern District
                                           of Florida

[Signatures Continued on Next Page]

2

SUTHERLAND ASBILL & BRENNAN LLP


/s/Kent W. Collier
Jennifer W. Fletcher
Kent W. Collier
999 Peachtree Street, NE
Atlanta, GA  30309-3996
*Attorneys for Defendants Laketown Funding LLC,*
*Starwood Capital Group Global, LLC and*
*Starwood Asset Management, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY** to counsel by filing same through the CM/ECF System which will transmit a copy to all counsel of record.

This 26th day of October, 2011.

/s/Eric L. Nelson**
Eric L. Nelson**
Georgia Bar No. 537850
**Admitted to practice in Northern District
 of Florida