# UNITED STATES DISTRICT COURT
## GENERAL MINUTES

Case #   4:10cv137-WS/CAS                              Date:   January 25, 2013

---

DOCKET ENTRY:  Telephonic Status Hearing Held                           1:58 - 2:07 p.m.

Court resets jury trial start day to Thursday, March 7, 2013 at 9:00 a.m.

---

PRESENT:  HONORABLE WILLIAM STAFFORD, SENIOR UNITED STATES DISTRICT JUDGE

| Angie Maxwell | Lisa Jones |
|---|---|
| Deputy Clerk | Court Reporter |

---

**ATTORNEY PRESENT FOR PLAINTIFF**          **ATTORNEY PRESENT FOR DEFENDANTS**
Eric Nelson                                                      Jennifer Fletcher
George Wenick                                              Teri Donaldson

Proceedings:

1:58   Court in session

Parties advise court that trial is still expected to last 6 days.  Court suggest starting trial on Thursday, March 7 at 9:00 due to length of trial and local spring break starting on March 18 for consideration of potential jurors.  Parties are open to beginning trial on March 7.

Court resets jury trial start day to Thursday, March 7, 2013 at 9:00 a.m.

Defense advise they will have pretrial motions for Court consideration.  Motions to be filed prior to pretrial conference which is scheduled for Tuesday, February 19 at 9:00 a.m.

2:07   Court adjourned